IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

AARON JAMES PIERCE )
    Plaintiff, ) CASE NO. CV 08 2630
) 
v. ) PRISONER'S
) IN FORMA PAUPERIS
) APPLICATION
MATTHEW MARTEL (CRC WARDEN) )
    Defendant. )

JF

I, AARON JAMES PIERCE, declare under penalty of (PR) perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes _____    No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __0_____    Net: __0_____

Employer: __NO EMPLOYER_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

MARCH, 2006 AT T&H COMPRESSOR REPAIR FOR ONE MONTH WHERE I WAS PAID $15.00 PER HOUR IN VENTURA, CALIFORNIA

rev. 11/97                    2

ORIGINAL

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment    Yes _____ No __X__
   b. Income from stocks, bonds, or royalties?   Yes _____ No __X__
   c. Rent payments?                             Yes _____ No __X__
   d. Pensions, annuities, or life insurance payments?  Yes _____ No __X__
   e. Federal or State welfare payments, Social Security or other government source?   Yes _____ No __X__

   If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

   _____N/A_____
   _____
   _____

3. Are you married?   Yes _____ No __X__

   Spouse's Full Name: ____N/A_____

   Spouse's Place of Employment: ____N/A_____

   Spouse's Monthly Salary, Wages or Income:

   Gross $____0_____ Net $__0_____

4. a. List amount you contribute to your spouse's support:

      $ _____NO SPOUSE_____

   b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

      _____NONE_____
      _____

5. Do you own or are you buying a home?   Yes _____ No __X__

   Estimated Market Value: $__0____ Amount of Mortgage: $__0____

6. Do you own an automobile?   Yes _____ No __X__

   Make ____N/A_____ Year __N/A__ Model __N/A__

   Is it financed? Yes _____ No __0__ If so, Total due: $__0____

   Monthly Payment: $ __0_____

rev. 11/97                    3                    ORIGINAL

02 of 0

7.  Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes __X__   No _____

Name(s) and address(es) of bank: __MIDSTATE BANK AND TRUST 304 EAST MAIN STREET, VENTURA, CALIFORNIA 93001__

Present balance(s): $ __56.00__

Do you own any cash?   Yes _____   No __X__   Amount: $ __0__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes _____   No __X__

8.  What are your monthly expenses?

Rent:  $ __0__                           Utilities: __0__

Food:  $ __0__                           Clothing:  __0__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| 0 | $ 0 | $ 0 |
| 0 | $ 0 | $ 0 |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

__CHILD SUPPORT TO MY DAUGHTER AMANDA JADE PIERCE AND HER MOTHER WHO RESIDE OUT OF STATE SOMEWHERE (IDAHO?)__

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

__05-09-08__                    __Aaron James Pierce__
DATE                            SIGNATURE OF APPLICANT

rev. 11/97                          4

(ORIGINAL)

(PLEASE SEE ATTACHED CDC/CRC INMATE TRUST ACCOUNT STATEMENT)

03 OF 0

```
                           CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 CALIF REHABILITATION CENTER
                                INMATE TRUST ACCOUNTING SYSTEM
                                INMATE TRUST ACCOUNT STATEMENT

                         FOR THE PERIOD: JAN. 01, 2008 THRU APR. 07, 2008

                                              BED/CELL NUMBER: 4  0500000000034L
ACCOUNT NUMBER : J55222                          ACCOUNT TYPE: I
ACCOUNT NAME   : PIERCE, AARON
PRIVILEGE GROUP: A              TRUST ACCOUNT ACTIVITY

          << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                                  CURRENT HOLDS IN EFFECT
                                                          COMMENT        HOLD AMOUNT
   DATE       HOLD
  PLACED      CODE           DESCRIPTION
  ------      ----           -----------
 3/07/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/7             0.92
 3/07/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/7             0.75
 3/07/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/7             0.75
 3/07/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/7             0.41
 3/07/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/7             2.16
 3/07/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/7             1.65
 3/07/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/7             0.75
 3/07/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/7             0.34
 3/07/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/7             1.48
 3/07/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/7             2.50
 3/07/2008    H118     LEGAL COPIES  HOLD          LEGAL    3/12            0.41
 3/13/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/12            0.58
 3/13/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/12            0.75
 3/13/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/12            0.41
 3/13/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/12            0.58
 3/13/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/12            0.41
 3/13/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/12            0.41
 3/13/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/12            0.41
 3/13/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/12            0.41
 3/13/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/12            0.41
 3/13/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/25            1.31
 3/25/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/25            0.58
 3/25/2008    H109     LEGAL POSTAGE HOLD          LEGAL    3/27            1.48
 3/27/2008    H109     LEGAL POSTAGE HOLD          LEGAL    4/02            1.65
 4/02/2008    H109     LEGAL POSTAGE HOLD          LEGAL    4/02            0.75
 4/02/2008    H109     LEGAL POSTAGE HOLD          LEGAL    4/02            2.16
 4/02/2008    H109     LEGAL POSTAGE HOLD          LEGAL    4/02            1.65
 4/02/2008    H109     LEGAL POSTAGE HOLD          LEGAL    4/03            2.20
 4/03/2008    H118     LEGAL COPIES  HOLD
```

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CALIF. REHABILITATION CENTER
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JAN. 01, 2008 THRU APR. 07, 2008

CCT:  J55222      ACCT NAME: PIERCE, AARON                ACCT TYPE: I

                           TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL         TOTAL         CURRENT       HOLDS        TRANSACTIONS
 BALANCE       DEPOSITS     WITHDRAWALS     BALANCE      BALANCE       TO BE POSTED
----------   -----------   -------------   ---------   -----------   --------------
  0.00          0.00           0.00          0.00        28.68            0.00

                                                          CURRENT
                                                         AVAILABLE
                                                          BALANCE
                                                       -----------
                                                           28.68-
```

**Proof of Service by Mail** (CCP § 1013(a) & 2015.5; 28 USC 1746)

I declare that: I, AARON JAMES PIERCE J55222/409-34L

I am a resident of the County of RIVERSIDE, California. I am over the age of eighteen years. My residence address is:

CALIF. REHAB CENTER P.O. BOX #3535 NORCO, CA 92860

On 05-18-08 I served the attached ① PRISONER'S IN FORMA PAUPERIS APPLICATION, ② THIS REQUEST FOR NOTICE OF FILING IT AND A CONFORMED COPY OF IT

on the PARTIES LISTED HEREINAFTER in said case, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid in the United States mail at _____

addressed as follows   CLERK OF THE COURT
U.S. NORTHERN DISTRICT COURT
450 GOLDEN GATE AVENUE
P.O. BOX 36060
SAN FRANCISCO, CALIFORNIA
94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on (date) 05-18-08,
at CRC IN THE COUNTY ON RIVERSIDE, California.

Type or print name: AARON JAMES PIERCE

Signature: _____

1  AARON JAMES PIERCE J55222/409-394    DATE: MAY 18, 2008
   CALIFORNIA REHABILITATION CENTER - IV
2  P.O. BOX 3535
   NORCO, CALIF  92860-0991

3                        UNITED STATE DISTRICT COURT
4
5                      NORTHERN DISTRICT OF CALIFORNIA

6  _____

7
   AARON "JAMES" PIERCE,
8  _____

9     Plaintiff,

10    VS.                                CASE NO.:
                                         TO BE SUPPLIED BY THE COURT CLERK
11 MATTHEW MARTEL et., al.,    LETTER TO CLERK REGARDING ATTACHED
                                PRISONERS IN FORMA PAUPERIS APPLICATION
12
      Defendant(s).
13
14 _____

15    TO: CLERK AND HONORABLE JUDGE(S) THE REASON I DO NOT HAVE THE
16 ORIGINAL PRISONERS IN FORMA PAUPERIS APPLICATION THAT IS COMPLETED
17 BY INMATE TRUST OFFICE IS I MAILED THE ONLY SIGNED COPY I
18 HAVE WITH MY SECOND AMENDED COMPLAINT (CASE NO C-03-04934 JF
19 (PR) BUT I AM INCLUDING MY TRUST ACCOUNT STATEMENT WITH THIS
20 BECAUSE IT SHOWS MY TRUST ACCOUNT BALANCE IS AT A MINUS.
21    THANK YOU FOR YOUR TIME IN REGARD TO THIS MATTER
22                        SINCERELY
23
                          Aaron James Pierce
24                        AARON JAMES PIERCE
                          PLAINTIFF IN PRO-SE
25
26
27
28