(A)

**FILED**

1  AARON  JAMES  PIERCE  J55222-409/34C          JUN 11 2008

2  CALIFORNIA  REHABILITATION  CENTER-NORCO
   POST        OFFICE        BOX        #3535      RICHARD W. WIEKING
3  NORCO,        CALIFORNIA        92860-0991    CLERK U.S. DISTRICT COURT
                                                  NORTHERN DISTRICT OF CALIFORNIA

4  AARON          JAMES        PIERCE)
                              PLAINTIFF)          CASE NO: CV-08-2630 JF(PR)
5  MATTHEW  V. MARTEL (CRC WARDEN), et al.)      CASE NO: CV-08-2678 JF(PR)
                              v.
6  EDWARD S. ALAMEIDA JR., (WARDEN) et al.)
7                              DEFENDANTS)         COVER LETTER TO THE
                                                  ATTACHED DECLARATION

8

9    TO: CLERK AND HONORABLE JEREMY FOGEL, JUDGE.

10                              THE REASON I AM

11  INCLUDING THIS LETTER WITH MY ATTACHED DECLARATION AND COPY OF MY

12  TWENTY-FIVE PAGE SECOND AMENDED COMPLAINT THE COURT ACCIDENTLY

13  SENT ME TWO NOTICE'S FOR ME TO SERVE ABOVE ENTITLED COURT WITH A

14  SECOND IN FORMA PAUPERIS APPLICATION.

15       YOU SEE PAGE 09 TO 15 OF MY ATTACHED AND FILED ON 05-27-08

16  SECOND AMENDED COMPLAINT IS WHERE MY "PRISONER'S IN FORMA

17  PAUPERIS APPLICATION" IS, WHICH IS SIGNED BY PRISON STAFF ON

18  04-21-08. I MAY INCLUDE ANOTHER APPLICATION THAT WILL BE

19  SIGNED BY THE CRC FACILITY IV THIRD WATCH CUSTODY SERGEANT,

20  BECAUSE THAT INDIVIDUAL TOLD ME LAST NIGHT "TO SEE HIM TODAY

21  SO HE CAN CONTACT TRUST OFFICE STAFF AND COMPLETE THE ONE

22  I RECEIVED FROM THE COURT LAST NIGHT, EVEN THOUGH I DO NOT

23  NEED TO SEND ONE BECAUSE THE ONE IN COMPLAINT (PAGES 09-13).

24       NOW IN CLOSING I WANT TO THANK YOU READERS FOR ALL

25  OF YOUR TIME IN REGARD TO THIS LETTER/DECLARATION AND EXHIBITS

26  WHICH I LOOK FORWARD TO RECEIVING THE COURT'S IMMEDIATE

27  RESPONSE TO.

                              SINCERELY YOURS,
28
                              Aaron James Pierce
                              AARON JAMES PIERCE
                              PLAINTIFF AND WRITER

ORIGINAL

# FILED

1 AARON JAMES PIERCE J-55222/409-34-L
CALIFORNIA REHABILITATION CENTER——NORCO    JUN 11 2008
2 POST OFFICE BOX #3535
NORCO, CALIFORNIA    92860-0091    RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
3    NORTHERN DISTRICT OF CALIFORNIA

4                UNITED STATE DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6    _____

7

8    AARON    JAMES    PIERCE,

9        Plaintiff,

10        VS.                    CASE NO.: CV 08  2630  JF  (PR) AND
                                 CV 08  2678  JF  (PR)
11
MATTHEW MARTEL (WARDEN),    DECLARATION AND NOTICE THAT PLAINTIFF
12 SARY GROVER, M.D. (CRC — CMO),    ALREADY MAILED ABOVE ENTITLED COURT A
        Defendant(s).    et al,    PRISONER'S IN FORMA PAUPERIS APPLICATION
13                                 IN PAGES 09-15 OF ATTACHED 42 UCS § 1983
                                 HE MAILED COURT AND ATTORNEY GENERAL ON
14    _____    05-18-08 AND IS NOW MAILING THE CLERK
                                 AND JEREMY FOGEL, JUDGE AGAIN WITH
15                                 THIS REQUEST FOR NOTICE OF FILING THIS
                                 ATTACHED COMPLAINT WITH A CONFORMED
                                 COPY OF IT AT MY PRESENT ADDRESS.
16

17    I, AARON JAMES PIERCE, PLAINTIFF IN PRO-SE JUST RECEIVED THE

18 ATTACHED NOTICE THAT ABOVE ENTITLED COURT HAS DISMISSED CASE

19 AND GIVEN ME THIRTY (30) DAYS TO SERVE COURT CLERK WITH AN

20 IN FORMA PAUPERIS, WHICH I HAVE ALREADY DONE ON MAY 18, 2008

21 WITH THE 42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT I AM NOW GOING

22 TO SEND COPY OF WITH THIS DECLARATION, SO MY CIVIL CASE IS NOW

23 FILED.

24    I, AARON JAMES PIERCE DECLARE UNDER PENALTY OF PERJURY THAT

25 ALL OF THE FOREGOING STATEMENTS ARE TRUE AND CORRECT, EXECUTED

26 ON THIS 03 DAY OF JUNE, 2008 IN THE COUNTY OF RIVERSIDE, CALIFORNIA.

27 06-03-08                        Aaron  James  Pierce
   (DATED)                        AARON  JAMES  PIERCE
28                                 PLAINTIFF AND DECLARANT

1   AARON   JAMES   PIERCE ~~T55222/409-34L~~   DATE: MAY   15,   2008
    CALIFORNIA REHABILITATION CENTER = NORCO
2   POST       OFFICE     BOX     #3535
    NORCO,       CALIFORNIA     92860-0991

3           UNITED     STATES       DISTRICT       COURT

4       FOR   THE   NORTHERN   DISTRICT   OF   CALIFORNIA

5   AARON         JAMES         PIERCE,
                                PLAINTIFF,
6           V.
                                            CASE NO.: 03-4934 JF (PR)
7   MATTHEW   MARTEL   (CRC   WARDEN
    DOCTOR  SARV  GROVER, M.D. (CRC  DEFENDANT)   COVER  LETTER TO COURT IN
8                                C.M.O.)       REGARD   TO   THE   ATTACHED
                                DEFENDANT,)    SECOND  AMENDED  COMPLAINT
9                                              AND, THIRD COMPLAINT AGAINST CRC
        DEAR CLERK, AND HONORABLE JUDGE(S),

10                                I WILL HAVE A LOT OF TROUBLE
11  NAMING EACH AND EVERY DOCTOR AT CTF/SOLEDAD, AND ADMINISTRATIVE
12  STAFF MEMBER WHO REFUSED TO OPERATE ON THE HERNIA THOSE CTF/
13  CDCR STAFF MEMBERS SAID I HAD AND THEN SAID "THEY WOULD NOT
14  OPERATE ON BECAUSE TO THOSE DOCTOR'S IT WAS NOT AN EMERGENCY"
15  BEFORE I WAS RELEASED AND PAROLE OFFICE (REGION II) LUCIA GALGANO,
16  (PA II, SUPERVISOR) REFUSED TO HELP ME WITH AN OPERATION, BEFORE I WAS
17  RETURNED TO CTF/SOLEDAD WHERE I WAS TOLD "I HAVE" AND "I DO NOT
18  HAVE HERNIA" BY SAME DOCTOR, AND THEN ADMIN STAFF HAVE ME
19  TRANSFERRED TO CCC-SUSANVILLE WITH BILATERAL HERNIAS FOR FIRE-
20  CAMP TRAINING, BECAUSE I DO NOT REMEMBER ALL OF THOSE CDCR/
21  CTF EMPLOYEES NAMES WHICH ARE LISTED IN MY COURT FILE, WHICH
22  I, AN INDIGENT CDCR INMATE CANNOT AFFORD TO BUY FROM COURT CLERK.
23      SO HOW CAN I NAME ALL THOSE PEOPLE WHO WORK FOR THE CDCR
24  PRISON WARDEN'S AND DIRECTOR I ALREADY NAMED AND WAS TOLD
25  BY 42 USC § 1983 INSTRUCTIONS ARE THE ONLY PEOPLE I NEED TO NAME?
26      I AM NOW SENDING YOU A NEW 1983 COMPLAINT AND THE SECOND
27  ONE YOU, YOUR HONOR INSTRUCTED ME TO FILE BECAUSE I, A MAN WHO
28  NEEDS THE APPOINTED ATTORNEY I ASKED FOR BECAUSE NOT ONLY AM I

1  AN UNEDUCATED IN LAW INDIVIDUAL WHO HAS BEEN BURDENED

2  WITH THE TASK OF REPRESENTING MYSELF IN THE ABOVE

3  ENTITLED HONORABLE COURT, I AM ALSO A CDCR/AMERICAN'S

4  WITH DISABILITIES ACT INMATE WHO SUFFERS FROM ALL OF

5  THESE DISABILITIES THE CDCR REFUSES TO PROVIDE ME

6  WITH TREATMENT FOR; (A): POST TRAUMATIC ARTHRITIS IN

7  PELVIS (B): TYPES 'A', 'B' AND 'C' HEPATITIS (C): RIGHT BRAIN

8  LOBE DAMAGE FROM 01-20-94 MOTORCYCLE ACCIDENT (PLEASE

9  SEE ATTACHED MEDICAL REPORTS) (D): DENTAL PROBLEMS

10  (PURSUANT TO N.D. CALIFORNIA CASE: PEREZ V. TILTON) (E): DRUG

11  ADDICTION, AND ALL OF THESE FIVE DISABILITIES ARE U.S.

12  DOJ DISABILITIES.

13       SO WITH ALL OF THESE DISABILITIES, ESPECIALLY (#C) I DO

14  NOT UNDERSTAND WHY OR HOW THE ABOVE ENTITLED COURT

15  COULD (#1): REFUSE MY REQUEST FOR AN APPOINTED ATTORNEY

16  AND NOW (#2): BURDEN ME AN INDIGENT PRO-SE CDCR/

17  INMATE WITH THE BASICALLY IMPOSSIBLE BURDEN OF NAMING

18  EVERY CDCR OFFICIAL WHO IN SOME CASES DID NOT EVEN GIVE

19  ME THEIR NAMES AS DEFENDANT'S WITHIN THIRTY (30) DAYS

20  WHEN CDCR WILL TAKE LONGER AND I MEAN MUCH LONGER

21  THAN THIRTY (30) DAYS TO PROVIDE ME WITH COPIES OF MY

22  MEDICAL AND CUSTODY DOCUMENTS FROM OTHER PRISON FILES.

23       SO IF COURT REFUSES TO FILE MY AMENDED COMPLAINT

24  THE WAY I HAVE WRITTEN IT I WILL NEED THE COURT TO

25  SEND ME MY COURT FILE SO I CAN APPEAL IN 9TH CIRCUIT COURT.

26       NOW IN CLOSING I HOPE YOU WILL CONSIDER MY NEEDS

27  (MEDICAL) WHICH CDCR CARES NOTHING ABOUT.

28                    SINCERELY
                      Aaron James Perez

1   **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2

3   Name  PIERCE                    AARON              J.

4        (Last)              (First)              (Initial)

5   Prisoner Number   J-55232 / 409-34 LOW

6   Institutional Address   CALIFORNIA REHABILITATION CENTER, P.O.

7   BOX # 3535,  NORCO,  CALIFORNIA  92860 - 0991

8   ===============================================================

9              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10

    AARON        JAMES      PIERCE            )
11  (Enter the full name of plaintiff in this action.)    )

12                vs.                         )    Case No. 03-4934 JF (PR)
                                              )    (To be provided by the clerk of court)
13  JEANNE S. WOODFORD        et al,          )
    WARDEN  JIM HAMLET  (CTF WARDEN),         )    **COMPLAINT UNDER THE**
14  LUCIA GALGANO (PATT) P²CSO SUPERVISOR     )    **CIVIL RIGHTS ACT,**
    DR. N. LUCA, M.D. CTF/SOLEDAD DOCTOR      )    **42 U.S.C §§ 1983**
15  DR. ROBERTSON, M.D. CTF/SOLEDAD DOCTOR    )
    DR. SINHA M.D. CTF/SOLEDAD DOCTOR         )    SECOND AMENDED
16  DR. GREWAL, M.D. CTF/SOLEDAD DOCTOR       )    COMPLAINT
    (Enter the full name of the defendant(s) in this action)  )
17

18  *[All questions on this complaint form must be answered in order for your action to proceed..]*

19  I.    Exhaustion of Administrative Remedies

20        [**Note:** You must exhaust your administrative remedies before your claim can go

21        forward. The court will dismiss any unexhausted claims.]

22        A.    Place of present confinement  CALIFORNIA REHABILITATION CENTER

23        B.    Is there a grievance procedure in this institution?

24              YES (X)      NO ( )

25        C.    Did you present the facts in your complaint for review through the grievance

26              procedure?

27              YES (X)      NO ( )

28        D.    If your answer is YES, list the appeal number and the date and result of the appeal at

    COMPLAINT              - 1 -

each level of review.  If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  NO INFORMAL LEVEL TO CDC 1824 ADA FORMS AND NO CHANGE OCCURED IN REGARD TO HERNIA OPERATION DATE BEING SCHEDULED.

2. First formal level  PARTICIALLY GRANTED

3. Second formal level  GRANTED IN PART WITH NO CHANGE IN TREATMENT OR THERAPY WHICH ALSO MEANS DENIED IN A BIGGER PART

4. Third formal level  DENIED

E.    Is the last level to which you appealed the highest level of appeal available to you?

YES ( X )    NO (  )

F.    If you did not present your claim for review through the grievance procedure, explain why.  N/A

II.    . Parties

A.    Write your name and your present address.  Do the same for additional plaintiffs, if any.

AARON JAMES PEARCE  T55222/ 409-34C
CALIF. REHAB CENTER  P.O. BOX #3535
NORCO, CALIFORNIA  92860-0991

B.    Write the full name of each defendant, his or her official position, and his or her place of employment.

JEANNE WOODFORD (CDCR DIRECTOR) JIM HAMLET (CTF WARDEN) LUCIA GALGANO
(CDCR REGION II PAROLE OFFICE OF VENTURA COUNTY SUPERVISOR

COMPLAINT                              - 2 -

1  DOCTOR N. LUCA, M.D. (CTF PRISON DOCTOR), DOCTOR CLIVE
2  ROBERTSON, M.D. (CTF PRISON DOCTOR) DOCTOR SINNA MD (CTF
3  PRISON DOCTOR) DOCTOR INDERJIT GREWAL MD (CTF PRISON DOCTOR)

4  III.    Statement of Claim

5        State here as briefly as possible the facts of your case. Be sure to describe how each
6  defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any
7  cases or statutes. If you have more than one claim, each claim should be set forth in a separate
8  numbered paragraph.

9  ① CDCR DIRECTOR JEANNE WOODFORD AND CTF PRISON WARDEN JIM HAMLET'S
10  MEDICAL AND ADMINISTRATIVE STAFF REFUSED TO SCHEDULE ME FOR
11  BILATERAL INGUINAL HERNIA OPERATION AFTER MY 2001 PRISON JOB
12  INJURY THAT CAUSED HERNIA AND THEIR STAFF DID NOT ANSWER
13  THE FINAL FORMAL 602 APPEALS I MAILED IN 2001/2002.
14  ② REG # PATTI LUCIA GALGANO REFUSED TO HELP ME WITH OPERATION IN
15  2002 WHEN SHE SAID "MY HERNIA WAS PRISON PROBLEM NOT PAROLES PROBLEM."
16  ③ DR. N. LUCA M.D. STATED ON RECORD "I HAVE HERNIA" "I DON'T HAVE HERNIA"
17  AND HAD ME A MAN WITH MULTIPLE OTHER DISABILITIES TRANSFERRED TO
18  FIRE CAMP TRAINING. ④ DR. CLIVE ROBERTSON MD STATED "I HAVE HERNIA
19  WHICH DOES NOT NEED TO BE OPERATED ON ⑤ DR. SINNA MD STATED "I
20  HAD HERNIA AND ARTHRITIS" BUT MADE NO ORDER FOR OPERATION? THERAPY?
21  ⑥ DR. GREWAL SAID I AN ADA INMATE WITH HERNIA AND ARTHRITIS WAS NOT
   AN AMERICANS WITH DISABILITIES ACT INMATE WHICH CAUSED ME HARM!
22  IV.    Relief

23        Your complaint cannot go forward unless you request specific relief. State briefly exactly what
24  you want the court to do for you. Make no legal arguments; cite no cases or statutes.

25  ① COURT TO ORDER CALIFORNIA DEPARTMENT OF CORRECTIONS
26  AND REHABILITATION TO PAY ME ONE MILLION -FIVE HUNDRED
27  THOUSAND DOLLARS ② ORDER CDCR DIRECTOR TO PROVIDE ME
28  WITH PHYSICAL THERAPY REGARDING ARTHRITIS AND HEPATITIS

COMPLAINT

1  BY A VENTURA COUNTY COMMUNITY DOCTORS OFFICE AFTER

2  MY JULY 10, 2008 RELEASE DATE, AND BY CRC PRISON

3  MEDICAL DEPARTMENT UNTIL MY 07/10/08 RELEASE DATE

4  I declare under penalty of perjury that the foregoing is true and correct.

5

6  Signed this ___18___ day of __MAY_____, 20_08_

7

8  _Aaron James Pierce_

9  (Plaintiff's signature)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                        - 4 -

AARON JAMES PIERCE, J-55222/409-34LOW
CALIFORNIA REHABILITATION CENTER — NORCO
POST OFFICE BOX #3535
NORCO, CALIFORNIA 92860 — 0991

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON JAMES PIERCE,

Plaintiff,

vs.

EDWARD S. ALAMEIDA JR, et al.,

Defendant(s).

CASE NUMBER: C-03-04934 JF

DECLARATION OF PLAINTIFF IN REGARD TO ATTACHED RESPONSE FROM DIRECTOR OF CORRECTIONS FOR AN EMERGENCY CDCR 602

I, AARON JAMES PIERCE, PLAINTIFF IN PRO-SE, DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOLLOWING STATEMENTS ARE ALL TRUE AND CORRECT,

RE:

(#1) REGARDING ARGUMENT I AM IN CONSTANT PAIN AND DR. DIANA BUI, M.D. ORDERED I RECEIVE PHYSICAL THERAPY FOR PELVIS WHERE I SUFFER FROM ARTHRITIS AND A BLOOD TEST REGARDING MY REQUEST I MADE FOR INTERFERON AND NURSES STATE "MEDICAL DEPT. IS TOO BUSY TO PROVIDE ME WITH PHYSICAL THERAPY REGARDING MY PELVIS," AND I DID GIVE A BLOOD TEST REGARDING MY LIVER BUT NO INTERFERON HAS BEEN PRESCRIBED TO ME AND I DOUBT IF ANY WILL BY CDCR DOCTOR'S

(#2) DR. DIANA BUI, M.D. ORDERED I RECEIVE PHYSICAL THERAPY BUT I HAVE BEEN TOLD BY NURSES HERE AT CRC-IV THAT "IT WILL NOT HAPPEN" AND THAT IS THE PHYSICAL THERAPY I NEED.

(#3) THE REASON I DISAGREE WITH MEDICATION AND TREATMENTS IS MEDICATION IS NOT STRONG ENOUGH AND I AM NOT RECEIVING TREATMENT I NEED.

(#4) REGARDING CDCR REJECTING TO FILE MY ADA 1824 I AM SIMPLY ASKING FOR PHYSICAL THERAPY AND INTERFERON THAT OTHER CDCR INMATE'S GET. SO IT WAS ILLEGAL FOR CDCR TO REJECT MY ADA CLAIMS IN THAT 1824 ADA REQUEST BECAUSE I AM A CDCR ADA INMATE.

(#5) I HAVE HAD HEPATITIS 'C' SINCE 1989 CDCR KNOWS THAT BUT CDCR STAFF NEVER DO MORE THAN TAKE BLOOD TEST WHEN I AM TOLD BY OUTSIDE OF PRISON DOCTOR TO ASK FOR A LIVER BIOPSY AND I HAVE BUT HAVE NEVER RECEIVED ONE

(#6) I MAY HAVE BEEN REFERRED FOR PT REGARDING HCV TREATMENTS BUT I'VE NOT RECEIVED PT FOR ANYTHING.

(#7) I DO NOT AGREE WITH CDCR/CRC DOCTORS AND NURSES BECAUSE THEY ARE NOT DOING ANYTHING AT ALL FOR MY MEDICAL NEEDS.

I DECLARE UNDER PENALTY OF PERJURY THAT ALL OF THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON 05-14-08 IN NORCO, CALIFORNIA.

05-14-08 Aaron James Pierce

COPY OF: ORIGINAL

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date: **MAY 0 5 2008**

In re:  Aaron Pierce, J55222
California Rehabilitation Center
P.O. Box 1841
Norco, CA 92860-0991

IAB Case No.: 0723689         Local Log No.: CRC-08-00156

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner B. Sullivan, Staff Services Manager I.  All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:**  It is the appellant's position that he is in severe pain and his pain medications are not working.  He also states he needs Physical Therapy (PT).  He asks for pain medication that works, PT regarding his arthritis, and proper treatment for his Hepatitis "C" Virus (HCV).

**II   SECOND LEVEL'S DECISION:**  The reviewer found that on February 2, 2008, the appellant was seen by Dr. Bui.  His medications were reviewed and adjusted.  On Marcy 18, 2008, Dr. Bui discussed the risks and benefits of the appellant's current medications including the appellant's request for Interferon Therapy.  It was determined that further monitoring is warranted before therapy will be considered.  Dr. Bui completed a referral for PT.  The appellant's request for Interferon is pending based upon further evaluation.  The appeal is granted in part at the Second Level of Review.

**III  DIRECTOR'S LEVEL DECISION:**  Appeal is denied.

**A.  FINDINGS:**  This appeal at the Director's Level of Review (DLR) has been reclassified as a medical appeal.  The appellant is requesting pain medications, PT, and HCV treatments.  He disagrees with his current treatment.  An Americans with Disabilities Act (ADA) appeal must involve a request for access or participation in a program, service, or activity where the inmate claims that access or participation is impaired or limited due to a disability; thus the request for reasonable modification or accommodation.  These appeal issues do not meet the requirements to be filed as an ADA appeal.

At the DLR the appellant states that he has not received PT yet and he has had HCV for over two decades with no Interferon treatments.  He believes the California Rehabilitation Center (CRC) is completely ignoring his medical needs.

The appellant has been referred for PT and for additional monitoring regarding his HCV treatments.  His medications have been explained and discussed with him.  From all information included in this appeal, it is evident the appellant's medical needs are being addressed at CRC.  While the appellant might disagree with the medical opinions of the doctors and specialists at CRC who have examined him and reviewed his Unit Health Record, he must realize that the California Code of Regulations, Title 15, Section (CCR) 3354 establishes that only qualified medical staff shall be permitted to diagnose illness and prescribe medication and medical treatment for inmates.  After considering the evidence and arguments herein, it has been determined that staff acted appropriately on the appellant's request.

**B.  BASIS FOR THE DECISION:**
CCR: 3350, 3354

**C.  ORDER:**  No changes or modifications are required by the Institution.





IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

AARON  JAMES  PIERCE  )
                                                          )
                        Plaintiff,        )        CASE NO.
                                                          )
        v.                                        )        PRISONER'S
                                                          )        IN FORMA PAUPERIS
MATTHEW MARTEL (WARDEN)et.al.)        APPLICATION
                        Defendant.        )
_____ )

        I, _AARON   JAMES  PIERCE___, declare under penalty of
perjury that I am the plaintiff in the above entitled case and
that the information I offer throughout this application is true
and correct.  I offer this application in support of my request
to proceed without being required to prepay the full amount of
fees, costs or give security.  I state that because of my poverty
I am unable to pay the costs of this action or give security, and
that I believe that I am entitled to relief.

In support of this application, I provide the following
information:

1.   Are you presently employed?    Yes _____  No _X_

If your answer is "yes," state both your gross and net salary or
wages per month, and give the name and address of your employer:

Gross: _____N/A_____    Net: ____N/A_____

Employer: ____N/A_____

_____

If the answer is "no," state the date of last employment and the
amount of the gross and net salary and wages per month which you
received.  (If you are imprisoned, specify the last place of
employment prior to imprisonment.)

_MARCH, 2006 AT T#II COMPRESSOR REPAIR FOR ONE MONTH WHERE_

_I WAS PAID $15.00 PER HOUR IN VENTURA, CALIFORNIA_

rev. 11/97                        2

COPY OF:
ORIGINAL

2.   Have you received, within the past twelve (12) months, any money from any of the following sources:

     a.    Business, Profession or self employment     Yes _____ No ✗

     b.    Income from stocks, bonds, or royalties?     Yes _____ No ✗

     c.    Rent payments?     Yes _____ No ✗

     d.    Pensions, annuities, or life insurance payments?     Yes _____ No ✗

     e.    Federal or State welfare payments, Social Security or other government source?     Yes _____ No ✗

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____ N/A _____

_____

3.   Are you married?   Yes _____ No ✗

Spouse's Full Name: _____ N/A _____

Spouse's Place of Employment: _N/A_

Spouse's Monthly Salary, Wages or Income:

Gross $____"_____"_____ Net $_"_____"_____

4.   a.   List amount you contribute to your spouse's support:

$ _____ NO SPOUSE _____

     b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____ NONE _____

_____

5.   Do you own or are you buying a home?   Yes _____ No ✗

Estimated Market Value: $___0___ Amount of Mortgage: $__0__

6.   Do you own an automobile?   Yes _____ No ✗

Make _N/A_____ Year _N/A___ Model _N/A_

Is it financed? Yes _____ No _0_ If so, Total due: $ _0_

Monthly Payment: $ _0_

rev. 11/97

3

COPY OF:
( ORIGINAL )

7.    Do you have a bank account?  (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes __X__  No _____

Name(s) and address(es) of bank: MIDSTATE BANK AND TRUST
304 EAST MAIN STREET, VENTURA, CALIFORNIA 93001

Present balance(s):  $ 56.00

Do you own any cash?  Yes _____  No _X_  Amount:  $ -0-

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)    Yes _____  No _X_

_____  "    _____  "

8.    What are your monthly expenses?

Rent:  $ -0-                        Utilities:    -0-

Food:  $ -0-                        Clothing:    -0-

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| -0- | $ -0- | $ -0- |
| -0- | $ -0- | $ -0- |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.)

CHILD SUPPORT TO MY DAUGHTER AMANDA JADE PIERCE AND HER MOTHER
WHO LIVE OUT OF STATE SOMEWHERE (IDAHO?)

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

05-09-08
_____                        Aaron James Pierce
DATE                                _____
                                    SIGNATURE OF APPLICANT

rev. 11/97                          4


COPY OF ORIGINAL

AARON   JAMES   PIERCE
_____
Petitioner

HONORABLE  EDWARD  BRODIE, JUDGE
_____
Respondent(s)

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

I, AARON   JAMES   PIERCE , declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1.  Are you presently employed? ☐ Yes   ☒ No

    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____N/A_____
_____

    b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. 2005/2006 $2,400.00 A MONTH AT $15.00 PER HOUR

2.  Have you received, within the past twelve months, any money from any of the following sources?

    a.  Business, profession or form of self-employment?  ☐ Yes   ☒ No
    b.  Rent payments, interest or dividends?  ☐ Yes   ☒ No
    c.  Pensions, annuities or life insurance payments?  ☐ Yes   ☒ No
    d.  Gifts or inheritances?  ☐ Yes   ☒ No
    e.  Any other sources?  ☐ Yes   ☒ No

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____N/A_____
_____
_____

3.  Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
☒ Yes   ☐ No

If the answer is yes, state the total value of the items owned: $50.00 IN CHECKING ACCOUNT AT MIDSTATE BANK, WHICH I HAVE NO ACCESS TO WHILE I AM NOW IN CUSTODY

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes  ☒ No

If the answer is yes, describe the property and state its approximate value: ___N/A___

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: ___NONE___

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___04-17-08___
                     Date

_Aaron James Pierce_
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $___0___ on account to his credit at the ___California Rehabilitation Center___ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: ___California Rehabilitation Center___

___4-21-08___
         Date

_Cindy Sannin_
Authorized Officer of Institution/Title of Officer

_C. Adams_

REPORT ID: TS3030 .701

REPORT DATE: 04 21 08
PAGE NO:    1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF. REHABILITATION CENTER
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU APR. 21, 2008

ACCOUNT NUMBER : J55222
ACCOUNT NAME   : PIERCE, AARON
PRIVILEGE GROUP: A

BED/CELL NUMBER: 4 0900000000034L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 03/07/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/7 | 0.92 |
| 03/07/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/7 | 0.75 |
| 03/07/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/7 | 0.75 |
| 03/07/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/7 | 0.41 |
| 03/07/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/7 | 2.16 |
| 03/07/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/7 | 1.65 |
| 03/07/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/7 | 0.75 |
| 03/07/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/7 | 0.34 |
| 03/07/2008 | H118 | LEGAL COPIES HOLD | LEGAL 3/7 | 1.48 |
| 03/13/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/12 | 2.50 |
| 03/13/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/12 | 0.41 |
| 03/13/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/12 | 0.58 |
| 03/13/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/12 | 0.75 |
| 03/13/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/12 | 0.41 |
| 03/13/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/12 | 0.58 |
| 03/13/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/12 | 0.41 |
| 03/13/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/12 | 0.41 |
| 03/13/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/12 | 0.41 |
| 03/25/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/12 | 0.41 |
| 03/25/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/25 | 1.31 |
| 03/27/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/25 | 0.58 |
| 04/02/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/27 | 1.48 |
| 04/02/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 4/02 | 1.65 |
| 04/02/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 4/02 | 0.75 |
| 04/02/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 4/02 | 2.16 |
| 04/03/2008 | H118 | LEGAL COPIES HOLD | LEGAL 4/02 | 1.65 |
| 04/08/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 4/03 | 2.20 |
| 04/08/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 4/08 | 0.92 |
| 04/16/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 4/08 | 1.31 |
| 04/16/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 4/16 | 0.97 |
| 04/16/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 4/16 | 0.41 |
| 04/17/2008 | H118 | LEGAL COPIES HOLD | LEGAL 4/16 | 1.99 |
| | | | LEGAL 4/17 | 16.40 |

REPORT ID: TS3030    .701

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF. REHABILITATION CENTER
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU APR  21, 2008

ACCT:  J55222      ACCT NAME: PIERCE, AARON                    ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 50.68 | 0.00 |

CURRENT
AVAILABLE
BALANCE

50.68-

| DATE | TIME | |
|------|------|---|
| 4/22/03 (Cont'd) | | ① ① S° ② ↑ fiber in diet ② No ADA problem identified on clinical exam |

*INDERJIT GREWAL, M.D.*
*STAFF PHYSICIAN & SURGEON*
*CTF - SOLEDAD*

| | | |
|------|------|---|
| 5-1-03 0935 HRS | | S- C/o hernia, allergies
O- T-99° P-70 R-18 B/p 115/72
P- Refer to the MD ———— P. Valdes min
③ ① lump/hernia ?
② I am ineligible for medically managed pursuant to ADA while I emit left more than 10# per dr. order. There is no fx
② not examined today
Discussed the case c Senior MTA Ruth: - this is NOT a ADA case
- his hernia does not require medically management
- I will rescind prior phys limitation & allow him to lift 30#. This will serve him c fx
- should reon the hern
Plan: see order |

*N. Luca, M.D.*
*Physician & Surgeon*
*CTF-Soledad*
*N. Luca M*

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|
| TF-Central | CTF (C) | D-03L | PIERCE
J - 55222 |

**PHYSICIAN'S PROGRESS NOTES**

DC 7230 (3/00)

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed) |
|---|---|---|---|
| 4/02/03 | | | ① D/C Motrin — |
| | | | ② Tylenol gr x — TIB — prn X 90 days |
| | | | ③ Fibercon II qd X 90 days |

*INDERJIT GREWAL, M.D.
STAFF PHYSICIAN & SURGEON
CTF - SOLEDAD*

| 4/22/07 | | | Noted by ... |

| 5/1/03 | | ① | Rescind chrono 1/13/02 phy limitation |
| | | ② | Grant a new chrono with protocol limitation allowed to lift 30 lb instead of 10 lb |

N. Luca, M.D.
*N. Luca, M.D.
Physician & Surgeon
CTF - Soledad*

Noted by ...

| DATE | TIME | |
|------|------|---|
| 2/27/03 | | CTF - Soledad |

Pt. feels he is eligible for ADA classification + needs M.D. eval. for same. C/O Post traumatic hip arthritis c mobility limitation since 1994. T 97 P 68 R 16 BP 132/76 w/ 193

Please assess + decide whether 1/M is ADA qualified. Thanks
J Anderson RN

This i/m claims he got a hernia 11 yrs ago and claims post traumatic osteoarthritis. Also wants cold

He has a minimal (R) inguinal bulge
(? small reducible 3mm R IH)
Gait normal. Clearly normal MOTR

Clearly this is not an ADA issue
Surgery is not indicated at this time,
Asymptomatic R.

_____
ELWOOD PETSON, M.D.
STAFF PHYSICIAN & SURGEON
CTF - SOLEDAD

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|
| CTF | | | Pierce Y 55222 |

**PHYSICIAN'S PROGRESS NOTES**

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 8-24-91 | | | Hernia Belt Size 36 |
| | | | N. Dayal |
| | | | noted 630 @ Prull, RN/TG |
| 11-26-0 | | | 1) Tylenol, II T I Ø QRN × 90d. |
| | | | 2) Chrono — Due to Inguinal Hernia and Post Traumatic Arthritis of both hips, please limit I M Pierce's job as: |
| | | | - No lifting over 20 lb, |
| | | | - No stooping or repetitive back bending. |
| | | | Duration: 12 mo. |
| | | | 3) Lower bunk + tier chrono × 12 mo. |
| | | | C. SINNA, MD |

ALLERGIES: NKDA    INSTITUTION: CTF-S    ROOM/WING:

CDC NUMBER, NAME (LAST, FIRST), MD

C 124

Pierce

Confidential
client information
See W. & I. Code, Sections 4514 and
5328

N. DAYALAN, M.D.
STAFF PHYSICIAN & SURGEON
CTF - SOLEDAD

| DATE | TIME | |
|------|------|---|
| 2/15/00 | | Cd Seg |
| | 1000 | Reg. results of Hep tests given by letter |
| | | HCV Ab ⊕   undet VL |
| | | HBC Ab ⊕ |
| | | HBS Ag ⊖ |
| 3/13/2000 | | Emergency Sick Call    (havz) |
| | BP 108 | To Chronic Pain Arthritis |
| | P 96 | |
| | R 16 | wants pain meds for well documented |
| | T 989 | chronic arthritis. Tweaker himself getting |
| | | of his X-Ged. |

*(signature)*

*1/2/12*

| INSTITUTION | PHYSICIAN | ROOM NO | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|---------|-----------------------------------|
| CMC-West | | OR-124 | J- 55222  PIERCE, AARON  11/25/58  M WHI |

## PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA

EXHIBIT

DEPARTMENT OF CORRECTIONS

| DATE | TIME |
|------|------|
| 10/28/99 | |

INMATE NAME:    PIERCE    J55222

**SUBJECTIVE:**
This patient is a 35-year-old male status post motor vehicle accident in 1994. Patient fractured both hips. He is requesting pain medication. Patient also has a history of hepatitis B and hepatitis C.

**OBJECTIVE:**
Patient in no acute distress, alert and oriented. There is positive scars on both hips. Gate is normal. Good range of motion.

**ASSESSMENT:**
1. Status post fracture of both hips.
2. History of hepatitis B and C.

**PLAN:**
1. Naprosyn 500 mg., p.o. b.i.d., with food, #60.
2. Once patient is in mainline, he needs to follow-up regarding his hepatitis B and C.
3. Liver tests was done and found to be normal.

Anil Gupta, M.D.
Physician/Surgeon
dd:    10/28/99
dt:    11/17/99  ca
Job:    B clinic

A. Gupta M.D.
Physician / Surgeon

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|
| | WSP | | |

PIERCE
J55222

# PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA



DEPARTMENT OF CORRECTIONS

**KERN RADIOLOGY MEDICAL GROUP, INC.**
2301 Bahamas Drive
Bakersfield, CA 93309
Telephone 324-7000
Fax 322-6911

WASCO STATE PRISON

PATIENT: PIERCE          DOB:                    CDC#  N-57816
         DOA:            HOUSING UNIT:  C-

BOTH HIPS:  3/22/95

INDICATION:  Old accident.

AP and frogleg views of both hips were obtained.  The hip joints are well maintained.  No fracture or dislocation is identified.  There is diastasis of the symphysis pubis with several bone fragments in the soft tissues.  There are exostoses involving the anterior superior iliac spine on the right and the left iliac crest.  These findings are presumably post traumatic in origin.

IMPRESSION: Normal examination of both hips.  Post traumatic residuals involving the symphysis pubis and both innominate bones as noted.

JERRY ROSEN, M.D.              D3/22/95   T3/23/95/lmj
Referring Physician:  Sulman



DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA

DR. *TABO* 
DOB. *11-26-64*
HOUSING ~~~~ *HOSP*

HOSPITAL OF
CALIFORNIA INSTITUTION FOR MEN
CHINO, CALIFORNIA

**Radiology Report**

NAME ___*PIERCE, AARON*___ ___ NO. ___*N-57816*___ ___ DATE ___*9-23-94*___

X-RAY OF ___*CT SCAN OF HEAD*___

History _____

NON-CONTRAST CT SCAN OF THE HEAD: Utilizing a Siemens DR3H CT scanner. Scans were obtained through the head without contrast, for a total of 19 axial images with bone windows also presented for dictation.

FINDINGS: No fractures seen. I see no midline shift. I see no subdural or epidural collection of fluid. There is prominence to the temporal horn of the lateral ventricle or the right. This could be due to some atrophy secondary to previous trauma. I see no acute changes.

IMPRESSION: I see no active disease.

JPW:gs
D&T: 9-26-94

J. C. Warren, M.D.

NAME ___*PIERCE, AARON*___ ___ NO. ___N-57816___ ___ DATE ___9-12-94___

X-RAY OF ___*CHEST*___

History ___*PSYCH D/O*___

CHEST: Negative.

JPW: gs
D&T: 9-14-94

J. C. Warren, M.D.


EXHIBIT

DATE OF CONSULTATION:                    1/20/94

REQUESTING:

HISTORY:
This patient is a 27-year-old male who was brought in by ambulance
after a motorcycle accident versus automobile.  The patient was
noted to have landed approximately 70 feet away from the accident
against the curb.   The patient was brought to the Emergency
Department, where he was noted to be combative, moving all four
extremities, with responsiveness to pain but not following
commands.  He was intubated and hyperventilated and paralyzed.  He
underwent CT of the brain, neck and abdomen.  The patient was then
brought back to the Emergency Department, where consultation by
myself was requested.

PHYSICAL EXAMINATION:
On exam, the patient at this time is sedated and partially
paralyzed.  The pupils are equal and reactive.  They were noted at
one time to be unequal, with his left being 4 mm and his right
being 2 mm.  Now they are closer in size, with 3 mm on the left and
2 mm on the right.

He is grossly moving to deep pain all four extremities.  The
patient has a pelvic fracture which has limitations to his
movement.  On deep tendon reflexes, reflexes are symmetrical.  Toes
are downgoing on the right and slight upgoing on the left.  Cranial
nerves other than above were noted to be grossly intact.  Face is
symmetrical.  However, incomplete study only could be done since
the patient was partially paralyzed and intubated.

ASSESSMENT AND PLAN:
This patient is Glasgow 5 at this point with increasing neurologic
status.  CT demonstrates a contusion in the left cerebellar region,
as well as subarachnoid blood in the right parietal region and
small temporal contusion in the right side as well.  Given the
patient's slowly improving status and alcohol on board, the
recommendation will be for ICU admission and frequent neurologic
checks to follow his neurologic status.  If the patient does not
continue to improve to at least a GCS of 7 or 8, an ICP monitor
will need to be placed.

JMH:ase/bn
DD:  1/25/94  1238
DT:  1/26/94
Doc. #C026BN03.VCM
     [27543]                        JAY M. HERMAN, M.D.

VENTURA COUNTY MEDICAL CENTER          PT:   PIERCE, AARON
                                       MR#:  48-64-42

UNITED STATES NORTHERN DISTRICT COURT
CASE NAME AND NUMBER:
AARON JAMES PIERCE V. JEANNE WOODFORD, et, al, (CASE NO: 03-4934 JF (PR))

**Proof of Service by Mail** (CCP § 1013(a) & 2015.5; 28 USC 1746)

I declare that: I, AARON JAMES PIERCE, J-55222 — DORM 409 - BUNK 34 LOW

I am a resident of the County of ___RIVERSIDE___, California. I am

over the age of eighteen years. My residence address is:

CALIFORNIA REHABILITATION CENTER - NORCO, POST OFFICE BOX

#3535, NORCO, CALIFORNIA 92860-0991

On 05 — 18 — 08 I served the attached (A) COVER LETTER TO COURT IN

REGARD TO THE ATTACHED SECOND AMENDED COMPLAINT AND THIRD COMPLAINT

AGAINST CRC (B) COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 USC §§ 1983 (C)

PRISONER'S INFORMA PAUPERIS APPLICATION (D) DECLARATION IN SUPPORT OF

REQUEST TO PROCEED IN FORMA PAUPERIS (E) NINE PAGES OF CDCR-MEDICAL DOCUMENTS AS

EXHIBITS (F) ADDRESSED ENVELOPE AND THIS REQUEST FOR CLERK TO MAIL ME A CONFORMED COPY

on the PARTIES NOW LISTED HEREINAFTER in said case, by placing a true copy thereof enclosed

in a sealed envelope with postage thereon fully paid in the United States mail at CALIFORNIA

REHABILITATION CENTER, P.O.B. #3535, NORCO, CALIFORNIA 92860-0991,

addressed as follows ___CLERK OF THE COURT___
                         UNITED STATES DISTRICT COURT

CONSTANCE PICCIANO          NORTHERN DISTRICT OF CALIFORNIA
ATTORNEY GENERAL'S OFFICE    280 SOUTH FIRST STREET 2112

1300 I STREET STE 1101      SAN JOSE, CALIFORNIA 95113-3095
SACRAMENTO, CALIFORNIA

94244-2550    ATTN: HONORABLE JEREMY FOGEL JUDGE

I declare under penalty of perjury under the laws of the State of California that the foregoing is

true and correct, and that this declaration was executed on (date) MAY 8, 2008,

at CRC IN THE COUNTY OF RIVERSIDE, California.

Type or print name: AARON JAMES PIERCE

Signature: _Aaron James Pierce_

EXHIBIT

COPY

Ⓒ

UNITED STATES NORTHERN DISTRICT COURT

1  **Proof of Service by Mail** (CCP § 1013(a) & 2015.5; 28 USC 1746)

2  REGARDING: PIERCE VERSES MARTEL, CASE NUMBERS: CV-08-2630 JF (PR)
CV-08-2678 JF (PR)

3  I declare that: REGARDING ME, AARON JAMES PIERCE J55222 - 409 - 34 LOW

4  I am a resident of the County of _____ RIVERSIDE _____, California. I am

5  over the age of eighteen years. My residence address is:

6  CALIFORNIA REHABILITATION CENTER - II, FACILITY IV, DORM 409, BUNK #34-LOW

7  POST OFFICE BOX #3535, NORCO, CALIFORNIA 92860-0991.

8  On JUNE 04, 2008 I served the attached Ⓐ COVER LETTER TO THE ATTACHED
DECLARATION Ⓑ DECLARATION AND NOTICE THAT PLAINTIFF ALREADY MAILED

9  ABOVE ENTITLED COURT A PRISONER'S IN FORMA PAUPERIS APPLICATION IN
PAGES 09-15 OF ATTACHED 42 U.S.C. §1983 HE MAILED COURT AND ATTORNEY
GENERAL ON 05-18-08 AND IS NOW MAILING THE CLERK AND JEREMY FOGEL JUDGE

10  AGAIN WITH THIS REQUEST FOR NOTICE OF FILING THIS ATTACHED COMPLAINT WITH A
CONFORMED COPY OF IT AT MY PRESENT ADDRESS Ⓒ AN ADDRESSED ENVELOPE

11  on the PARTIES NOW LISTED BELOW in said case, by placing a true copy thereof enclosed

12  in a sealed envelope with postage thereon fully paid in the United States mail at CALIFORNIA

13  REHABILITATION CENTER ON 5TH AND WESTERN IN NORCO, CALIFORNIA 92860.

14  addressed as follows _____ #2 CLERK OF THE COURT
UNITED STATES DISTRICT COURT

15  #1 CONSTANCE PICCIANO   NORTHERN DISTRICT OF CALIFORNIA
ATTORNEY GENERAL'S OFFICE   280 SOUTH FIRST STREET, 2112

16  1300 'I' STREET STE 1101   SAN JOSE, CALIFORNIA 95113-3095
SACRAMENTO, CALIFORNIA

17  94244-2550 ATTN: HONORABLE JEREMY FOGEL, JUDGE

18  _____

19  I declare under penalty of perjury under the laws of the State of California that the foregoing is

20  true and correct, and that this declaration was executed on (date) JUNE 04, 2008,

21  at CRC IN THE COUNTY OF RIVERSIDE, California.

22  Type or print name: AARON JAMES PIERCE

23  Signature: Aaron James Pierce

24

25

ORIGINAL

ATTN: HONORABLE   JEREMY   FOGEL   JUDGE

UNITED   STATES   DISTRICT   DISTRICT   COURT

NORTHERN   SOUTH   FIRST   OF   CALIFORNIA

280

SAN   JOSE,   CALIFORNIA   STREET   ?112

CLERK   OF   THE   COURT

95113 — 3095

MAIL GENERATED FROM
CA REHAB CENTER
CRC STATE PRISON





02 1M
000422768
MAILED FROM ZIP COD

UNITED STATES POSTAGE

$0

JUN