```
 1  AARON JAMES PIERCE J55222/409-34 LOW
    CALIFORNIA REHABILITATION CENTER —— NORCO
 2  POST         OFFICE    BOX    #3535
    NORCO,       CALIFORNIA  92860-0991
```

FILED
2008 JUN 16 P 3:29
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____

AARON    JAMES    PIERCE,

   Plaintiff,

   vs.

MATTHEW   MARTEL,   et al,
DR. SARV GROVER, M.D.  et al,
JEANNE S. WOODFORD    et al,

   Defendant(s).

_____

DATE: JUNE 12, 2008.

CASE NUMBERS: CV 08 2630 JF (PR)
              CV 08 2678 JF (PR)
              C 03 4934 JF (PR)

COVER LETTER TO PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

DEAR COURT CLERK, AND HONORABLE JEREMY FOGEL, (JUDGE),

   I AM NOW INCLUDING THIS COVER LETTER BECAUSE SINCE I MAILED MY LAST IN FORMA PAUPERIS APPLICATION THAT WAS SIGNED BY CORRECTIONAL OFFICER SALGADO I RECEIVED THIS ATTACHED ONE THAT IS SIGNED BY INMATE TRUST OFFICE CINDY SAMANO.

   I ALSO WANT TO INFORM BOTH OF YOU THAT MY RELEASE DATE IS 07-10-08 SO I WILL SEND A NOTICE OF CHANGE OF ADDRESS TO THE ABOVE ENTITLED COURT NEXT MONTH. PLEASE RETURN A CONFORMED COPY OF THIS MATTER TO ME AT MY ABOVE LISTED MAILING ADDRESS.

   THANK YOU FOR ALL OF YOUR TIME IN REGARD TO THIS MATTER

SINCERELY YOURS,

   *Aaron James Pierce*
   AARON    JAMES    PIERCE,
   PLAINTIFF/WRITER'S SIGNATURE

[01 OF 07]

```
1  AARON JAMES PIERCE  J55222/409-34 LOW
   CALIFORNIA REHABILITATION CENTER- NORCO
2  POST       OFFICE    BOX      #3535
3  NORCO,     CALIFORNIA          92860 -0991
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

AARON    JAMES    PIERCE

　　　　　　Plaintiff,

vs.

MATTHEW MARTEL, et., al.,
SARV GROVER, M.D. et, al.,
JEANNE S. WOODFORD et al    Defendant.

CASE NO. CV 08 2678 JF (PR)
         CV-08 2630 JF (PR)
PRISONER'S  C-03-4934 JF (PR)
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, AARON JAMES PIERCE, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __0__    Net: __0__

Employer: __N/A__

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

(ORIGINAL)    (EXHIBIT)

02 OF 09

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  2006 FOR T&H COMPRESSOR REPAIR AT $15.00 PER HOUR EQUALS
5  $600.00 PER WEEK AND $31,200.00 PER YEAR (NOW T AND H
6  COMPRESSOR REPAIR IS LOCATED IN VENTURA, CALIFORNIA).
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.  Business, Profession or                      Yes ___  No  X
10         self employment
11     b.  Income from stocks, bonds,                   Yes ___  No  X
12         or royalties?
13     c.  Rent payments?                               Yes ___  No  X
14     d.  Pensions, annuities, or                      Yes ___  No  X
15         life insurance payments?
16     e.  Federal or State welfare payments,           Yes ___  No  X
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21  _____N/A_____
22  _____"  "_____
23 3.  Are you married?                                  Yes ___  No  X
24 Spouse's Full Name: _____N/A_____
25 Spouse's Place of Employment: ___"  "_____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ 0                             Net $ 0
28 4.  a.  List amount you contribute to your spouse's support: $ 0

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 2 -

(ORIGINAL)  (EXHIBIT)

09 of 07

     b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

___NO ONE AT THIS TIME_____

___"_____"_____

5.    Do you own or are you buying a home?    Yes ___  No _X_

Estimated Market Value: $ _0_____ Amount of Mortgage: $ _0_____

6.    Do you own an automobile?    Yes ___  No _X_

Make _0_____ Year _0_____ Model _0_____

Is it financed? Yes ____ No _X_ If so, Total due: $ _0_____

Monthly Payment: $ _0_____

7.    Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: _MIDSTATE BANK AND TRUST AT 304 EAST MAIN STREET, VENTURA, CALIFORNIA 93001_

Present balance(s): $ _56.00_____

Do you own any cash? Yes ___ No _X_ Amount: $ _0_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

___"_____"_____

8.    What are your monthly expenses?

Rent: $ _0_____    Utilities: _0_____

Food: $ _0_____    Clothing: _0_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NONE | $ 0 | $ 0 |
| " " | $ " " | $ " " |
| " " | $ " " | $ " " |

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 3 -

(EXHIBIT)  (ORIGINAL)  04 OF 07

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  I OWE CHILD SUPPORT TO MY 16 YEAR OLD DAUGHTER AMANDA JANE
4  PIERCE (DOB=12-17-91) AND HER MOTHER STACEY D'ANNE SMITH (DOB 08/06/63)
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ✗   No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9          SAME COURT AND SAME REASONS
10              (DIFFERENT CASE NUMBERS)
11      I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  06-12-08                    Aaron James Pierce
17      DATE                    SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 4 -    (EXHIBIT)

(ORIGINAL)

05 of 07

Case Number: CV 08 2678 JF (PR)
CV 08 2630 JF (PR)
C-03-04934 JF (PR)

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

AARON   JAMES   PIERCE   for the last six months at
[prisoner name]

CALIFORNIA   REHABILITATION CENTER   where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ Ø and the average balance in the prisoner's account each month for the most recent 6-month period was $ Ø .

Dated: 5/23/08                    _Cindy Sawan_____
                                  Authorized officer of the institution

rev. 11/97                5

(EXHIBIT)
(COPY)
(06 OF 07)

UNITED STATES NORTHERN DISTRICT COURT

**Proof of Service by Mail** (CCP § 1013(a) & 2015.5; 28 USC 1746)

PIERCE v. WOODFORD et al (USNDC CASE NOS. CV082678 & CV082630 et al)
(C-03-09934 et al)

I declare that: IN REGARD TO ME AARON JAMES PIERCE J55222/409-34COW

I am a resident of the County of RIVERSIDE, California. I am over the age of eighteen years. My residence address is:

CALIFORNIA REHABILITATION CENTER - NORCO, P.O. BOX #3535
NORCO, CALIFORNIA 92860-0991

On JUNE 12, 2008 I served the attached (A) COVER LETTER TO PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS (B) PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS (C) THIS REQUEST FOR CLERK TO MAIL ME BACK A CONFORMED COPY OF THESE

on the PARTIES LISTED HEREINAFTER in said case, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid in the United States mail at CALIFORNIA REHABILITATION CENTER IN NORCO, CALIFORNIA 92860-0991

addressed as follows   CLERK OF THE COURT
UNITED STATES NORTHERN DISTRICT COURT
280 SOUTH FIRST STREET 2112
SAN JOSE CALIFORNIA 95113 — 3095
ATTN: HONORABLE JEREMY FOGEL JUDGE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on (date) JUNE 12, 2008,
at CRC IN THE COUNTY OF RIVERSIDE, California.

Type or print name: AARON JAMES PIERCE

Signature: Aaron James Pierce

ORIGINAL

(ORIGINAL)

07 OF 07



[LEGAL MAIL]

James Pierce J55222/409-34 Cow
California Rehabilitation Center - Norco
Box #3535
California 92860-0991

Clerk of the Court
United States Northern District Court
280 South First Street 2112
San Jose California 95113 - 3095

ATTN: Honorable Jeremy Fogel, Judge

[CONFIDENTIAL]

$01.34
PITNEY BOWES
02 1M
0004222768
JUN 13 2008
MAILED FROM ZIP CODE 92860